ALCESIA SRL, Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Appellee,

and

Philip Morris USA, Inc., Intervenor.

No. 2010–1156.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2011.

Rehearing and Rehearing En Banc Denied April 11, 2011.*

---

* Circuit Judge O'Malley did not participate in the vote.

William Zeitler, Law Offices of William Zeitler, of McLean, Virginia, argued for the appellant.

Daniel E. Valencia, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for the appellee. With him on the brief were James M. Lyons, General Counsel, and Andrea C. Casson, Assistant General Counsel for Litigation.

Kenneth L. Chernof, Arnold & Porter, LLP, of Washington, DC, argued for the intervenor. With him on the brief was Carl S. Nadler.

Before NEWMAN, MAYER, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**